No. 1979. PEOPLE, APPELLEE, v. GARCÍA, APPELLANT. — District Court of Ponce. Decided December 1, 1922. False representation. Upon examination of the record, the defendant's brief and the brief of the *Fiscal* asking for reversal, the judgment is reversed and the defendant discharged.

No. 2970. JIMÉNEZ, APPELLANT, v. CRUZADO ET AL., APPELLEES.—First District Court of San Juan. Decided December 9, 1922. For the reasons stated in *Brac* v. *Ojeda*, 27 P. R. R. 605, the judgment is affirmed.

No. 2793. CANTERO, APPELLANT, v. SAVINO, APPELLEE. — First District Court of San Juan. Decided December 9, 1922. No substantial error appearing to have been committed, the judgment is affirmed.

No. 1974. PEOPLE, APPELLEE, v. CASTAÑEDA, APPELLANT.— District Court of Humacao. Decided December 9, 1922. The record not showing the commission of any substantial error, the judgment is affirmed.

No. 2897. GÓMEZ, APPELLEE, v. AMERICAN COLONIAL BANK ET AL., APPELLANTS.—District Court of Mayagüez. Decided December 11, 1922. Considering section 295 of the Code of Civil Procedure, and for the reasons stated in *Salvá* v. *Estate of Borrás*, 8 P. R. R. 194; *Moreno* v. *Martínez*, 10 P. R. R. 493; *Fernández* v. *Foix*, 16 P. R. R. 249, and *Balasquide* v. *Rossy*, 18 P. R. R. 33, the appeal from an order *in re* the appointment of a receiver is dismissed.

No. 1966. PEOPLE, APPELLEE, v. APONTE, APPELLANT. — District Court of Ponce. Decided December 11, 1922. There being no bill of exceptions or statement of the case, the appellant having failed to file a brief in support of the appeal and no substantial error appearing to have beeen committed, the judgment is affirmed.